IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:08-cr-00016-MP-AK

ALFRED LEE CASON,

    Defendant.
_____/

### O R D E R

This matter is before the Court on Doc. 26, Motion to Waive Jury Trial, signed by Mr. Cason personally and agreed to by the government. The motion is granted, and this case will be tried before the undersigned, without a jury, on Wednesday, July 23, 2008, beginning at 8:30 a.m.

**DONE AND ORDERED** this  *22nd*  day of July, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge