IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    CASE NO. 1:08-cr-00016-MP-AK

ALFRED LEE CASON,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 67, Motion for Transfer to Federal Custody, filed by Defendant. The Defendant has been in federal custody since September 3, 2009, and so the motion is denied as moot.

**DONE AND ORDERED** this _14th_ day of September, 2009

                                *s/Maurice M. Paul*
                         Maurice M. Paul, Senior District Judge